# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martinotti, Brian R. | U.S. District Court for the District of New Jersey | 05/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Clarkson S. Fisher Courthouse
402 East State Street
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | NJ Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | NJ State Defined Benefit Pension | $54,622.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Board of Education, Cliffside Park - Salary |
| 2. 2017 | Borough of Cliffside Park - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory Law School | Sept. 13-15, 2018 | Atlanta, GA | Judicial Advisory Board | Transportation, hotel, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Visa | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (Cash Account) | A | Interest | L | T | | | | | |
| 2. Connect One Bank (Cash Account) | A | Interest | L | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 5. Lloyds TSB Bank PLC | A | Dividend | | | Redeemed | 07/19/17 | J | | |
| 6. ML Pfd. Capital Trust III | A | Dividend | J | T | | | | | |
| 7. Royal Bk of Scot Grp. PLC | A | Interest | | | Redeemed | 09/05/17 | J | C | |
| 8. Apple Common Stock (APPL) | A | Dividend | K | T | | | | | |
| 9. Dunkin' Brands Stock (DNKN) | A | Dividend | J | T | | | | | |
| 10. Facebook Stock (FB) | | None | J | T | | | | | |
| 11. General Electric Stock (GE) | A | Dividend | J | T | | | | | |
| 12. American Funds Fundamental Investors Class A (ANCFX) | B | Dividend | K | T | | | | | |
| 13. Americn Funds Income Fund of America Class A (AMECX) | A | Dividend | J | T | | | | | |
| 14. Columbia Dividend Income Fund Class B (LBSAX) | A | Dividend | K | T | | | | | |
| 15. Federated Kaufmann Large Cap Fund CL C (KLCCX) | | None | | | Sold | 01/24/17 | K | A | |
| 16. Fidelity Advisors Materials Fund Class B (FMFAX) | | None | | | Sold | 01/24/17 | J | B | |
| 17. Invesco Unit Trs Unit (DVST15) | A | Dividend | | | Sold | 01/24/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy Large Cap Growth Fund CL B (WLGBX) (X) | A | Dividend | K | T | Sold (part) | 01/24/17 | K | B | |
| 19. Lord Abbett Value Opportunities Fund Class A (LVOAX) | A | Dividend | J | T | | | | | |
| 20. New York Community Bancorp (649445103) | A | Dividend | J | T | Buy | 06/09/17 | J | | |
| 21. SP500 CLIRN Issuer BOFA (MLTDO) (X) | | None | L | T | | | | | |
| 22. IRA #2 (H) | | | | | | | | | |
| 23. Bank of America, NA RASP (cash) | A | Interest | J | T | Open | 01/25/17 | L | | |
| 24. AMN Elec Power Co (AEP) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 25. Astrazeneca PLC Sponsored ADR (AZN) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 26. AT&T Inc (T) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 27. BB&T Corporation (BBT) (X) | A | Dividend | J | T | | | | | |
| 28. Carnival Corp Paired SHS (CCL) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 29. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 30. CME Group Inc (CME) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 31. Coca Cola Com (KO) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 32. Digital Realty TR Inc (DLR) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 33. Dominion Res Inc New VA (D) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 34. Emerson Electric Co (EMR) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric (GE) | A | Dividend | | | Buy | 01/26/17 | J | | |
| 36. | | | | | Sold (part) | 10/30/17 | J | | |
| 37. | | | | | Sold | 10/31/17 | J | | |
| 38. General Motors Co (GM) (X) | A | Dividend | J | T | | | | | |
| 39. HSBC HLDG PLC (HSBC) (X) | | None | J | T | | | | | |
| 40. Intel Corp (INTC) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 41. International Business Machines (IBM) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 42. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 43. Kimberly Clark (KMB) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 44. Kraft (The) Heinz Co SHS (KHC) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 45. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 46. McDonalds Corp Com (MCD) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 47. Metlife Inc. (MET) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 48. Occidental Pete Corp Cal (OXY) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 49. Paccar Inc (PCAR) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 50. Pfizer Inc (PFE) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 51. Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy | 01/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PPL Corporation (PPL) (Y) | | | | | Buy | 01/26/17 | J | | |
| 53. Proctor & Gamble Co (PG) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 54. Royal Dutch Shell PLC (RDSB) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 55. Spectra Energy Corp (SE) | A | Dividend | | | Buy | 01/26/17 | J | | |
| 56. | | | | | Sold (part) | 06/09/17 | J | | |
| 57. | | | | | Sold | 06/13/17 | J | | |
| 58. Texas Instruments (TXN) (X) | | None | J | T | | | | | |
| 59. Thomas Reuters Corp (TRI) (Y) | | | | | Buy | 01/26/17 | J | | |
| 60. Toronto Dominion Bank (TD) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 61. Transcanada Corp (TRP) (X) | A | Dividend | J | T | | | | | |
| 62. United Techs Corp Com (UTX) (X) | A | Dividend | J | T | | | | | |
| 63. Ventas Inc REIT (VTR) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 64. Verizon Communications Com (VZ) | A | Dividend | J | T | Buy | 01/26/17 | J | | |
| 65. | | | | | Sold (part) | 11/09/17 | J | | |
| 66. Vodafone Group PLC SHS (VOD) (X) | | None | J | T | | | | | |
| 67. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 68. Amazon Com Inc. Com. (AMZN) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JPMorgan Chase & Co. (JPM) | A | Dividend | J | T | | | | | |
| 70. Occidental Pete Corp. Cal. (OXY) | A | Dividend | | | Sold | 12/05/17 | J | | |
| 71. Splunk Inc (SPLK) | | None | J | T | Buy | 12/05/17 | J | | |
| 72. United Techs Corp Com. (UTX) | A | Dividend | J | T | | | | | |
| 73. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 74. Alphabet Inc Shs Cl C (GOOG) | | None | K | T | | | | | |
| 75. Nike Inc Cl B (NKE) | A | Dividend | J | T | | | | | |
| 76. Tesla Mtrs Inc. (TSLA) | | None | J | T | | | | | |
| 77. United Techs Corp Com. (UTX) | A | Dividend | J | T | | | | | |
| 78. Whirlpool Corp (WHR) | A | Dividend | J | T | | | | | |
| 79. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 80. Coca-Cola Common Stock (KO) | A | Dividend | J | T | | | | | |
| 81. Cracker Barrel Old Country Store, Inc. (CBRL) | A | Dividend | J | T | | | | | |
| 82. Disney Common Stock (DIS) | A | Dividend | K | T | | | | | |
| 83. Home Depot Inc. (HD) | A | Dividend | K | T | | | | | |
| 84. Intel Stock (INTC) | A | Dividend | J | T | | | | | |
| 85. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 87. ConnectOne Bank Common Stock | A | Dividend | J | T | | | | | |
| 88. Sirius Stock | A | Dividend | J | T | | | | | |
| 89. MISC. (H) | | | | | | | | | |
| 90. Bank of New Jersey Common Stock | A | Int./Div. | J | T | | | | | |
| 91. Bank of New York Common Stock | A | Int./Div. | J | T | | | | | |
| 92. Gillette Stock | A | Dividend | K | T | | | | | |
| 93. Mattel Stock | A | Dividend | J | T | | | | | |
| 94. Met Life Stock | A | Dividend | J | T | | | | | |
| 95. Newell Rubbermaid Stock | A | Dividend | J | T | | | | | |
| 96. Stanley Black and Decker Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 12 and 13: Name change only; no reportable transactions. See lines 12 and 13 of the 2016 report, respectively.

Part VII, lines 52 and 59: These assets were acquired through reportable purchase transactions; they thereafter dropped below the reporting threshold through a series of non-reportable sale transactions. (Y)

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian R. Martinotti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544